IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RYAN CHRISTOPHER RODGERS,

    Plaintiff,

v.                                               CV No. 17-921 MV/CG

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court upon Plaintiff's *Unopposed Motion to Extend Briefing Deadlines*, (Doc. 15), filed February 20, 2018. The Court, noting that the Motion is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision on or before **March 20, 2018**;
2. Defendant shall file a Response on or before **May 21, 2018**; and
3. Plaintiff may file a Reply on or before **June 4, 2018**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE