## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

RYAN CHRISTOPHER RODGERS,

        Plaintiff,

v.                                        No. CV 17-921 MV/CG

NANCY A. BERRYHILL,
Acting Commissioner of the Social
Security Administration,

        Defendant.

## ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Chief Magistrate Judge's *Proposed Findings and Recommended Disposition* ("PFRD"), filed on September 7, 2018. (Doc. 23). In the PFRD, the Chief Magistrate Judge recommended that Plaintiff's *Motion to Reverse and Remand for Payments of Benefits, or in the Alternative, for Rehearing, With Supporting Memorandum*, (Doc. 20), be granted and that this case be remanded to the Commissioner for further proceedings. The parties were notified that written objections to the PFRD were due within fourteen days. (Doc. 23 at 28). No objections have been filed and the deadline of September 21, 2018, has passed. The recommendations of the Chief Magistrate Judge are adopted by this Court.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion to Reverse and Remand for Payments of Benefits, or in the Alternative, for Rehearing, With Supporting Memorandum*, (Doc. 20), is **GRANTED**, and this case shall be **REMANDED** to the Commissioner for further proceedings.

_____
HONORABLE MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE